FILED

10/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0149

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0149

_____

MARK S. IBSEN, M.D.,

     Petitioner and Appellant,

  v.

                                 O R D E R

MONTANA STATE BOARD OF MEDICAL
EXAMINERS,

     Respondent and Appellee.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Christopher D. Abbott, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 20 2021